## DOUGLAS POWELL,
*Appellant,*

*v.*

## S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

98C12009; A103916

71 P3d 573

Eric M. Cumfer argued the cause and filed the brief for appellant.

Kelly Knivila, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder, Judge, and Barron, Judge pro tempore.

PER CURIAM

Affirmed. *Powell v. Thompson,* 181 Or App 445, 45 P3d 1056, *rev den,* 334 Or 693 (2002); *Far West Landscaping v. Modern Merchandising,* 287 Or 653, 601 P2d 1237 (1979).